IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-11105
Conference Calendar

_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,


versus

EVERARDO DENIZ-MORFIN, also
known as Everado Deniz Morfin,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:96-CR-031-A-1
- - - - - - - - - -
June 18, 1997
Before SMITH, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Everardo Deniz-Morfin argues the district court should have

granted him a two-point reduction in his offense level on the

basis that he was a minor participant in the conspiracy.  The

district court's denial of appellant's objection did not contain

an individual recitation of the factual basis for its denial.

However, the findings in the presentence investigation, the

_____

    [*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

addendum to the presentence report, and at sentencing were clear enough that this court was not left to "second-guess" the basis for that sentencing decision. *See United States v. Carreon*, 11 F.3d 1225, 1231 (5th Cir. 1994). The record supports the district court's finding that appellant was not substantially less culpable than the average participant. There is no clear error in the decision not to award a two-level reduction. *See United States v. Davis*, 19 F.3d 166, 171 (5th Cir. 1994).

AFFIRMED.